IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KATORIA GREENE,

    Petitioner,

v.                                                               4:20cv46–WS/EMT

WARDEN FCI TALLAHASSEE,

    Respondent.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (ECF No. 5) docketed April 17, 2020. The magistrate judge recommends that this case be dismissed without prejudice for failure to comply with a court order. The petitioner has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 5) is adopted and incorporated by reference in this order of the court.

2. This action are hereby DISMISSED without prejudice for failure to comply with a court order.

3. The clerk shall enter judgment stating: "All claims are DISMISSED without prejudice."

DONE AND ORDERED this   22nd   day of   May  , 2020.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE